AMERICAN HARDWARE CORPORATION OF NEW YORK v. LYTTLE et al. (Supreme Court, Appellate Division, Second De-

partment. July 30, 1915.) Action by the American Hardware Corporation of New York against John L. Lyttle, as trustee, etc., and others. No opinion. Judgment affirmed, with costs.